/srs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LOUISIANA UNITED BUSINESSES ASSOCIATION CASUALTY INSURANCE CO. | CIVIL ACTION NO. 2:15-cv-1769 |
| | JUDGE MINALDI |
| VERSUS | MAGISTRATE JUDGE KAY |
| J & J MAINTENANCE, INC., ET AL. | |

**JOINT MOTION TO RESET DEADLINES AND INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, come **Defendants, J&J Maintenance, Inc. (hereafter "J&J), Entergy Louisiana, LLC (hereafter "Entergy") and Migues Deloach Company, LLC (hereafter "Migues Deloach"),** who, pursuant to Fed. R. Civ. P. 16 and Local Rules of the United States District Court for the Western District of Louisiana Rule 7, respectively request this Court reset the trial date and all deadlines through issuance of a Scheduling Order.

**I.**

Recently, this court dismissed claims filed by plaintiff, Louisiana United Business Association Casualty Insurance Co. (hereafter, "LUBA"), against Entergy Louisiana LLC.[1]

[1] See Document 93.

WEP Library:2525-67674\

/srs

II.

Subsequently, Pride Industries and LUBA came to a resolution, and LUBA's claims will be dismissed.[2]

III.

Therefore, the only remaining claims in this case are Entergy's claim against J&J and J&J's claim against Migues Deloach – claims that do not pertain to the plaintiff.

IV.

Trial in this case is scheduled to begin January 23, 2017.

V.

Given the substantial changes in the structure of this litigation, J&J, Entergy, and Migues Deloach now request that this court reset the trial date and other deadlines.

VI.

Therefore, J&J, Entergy, and Migues Deloach respectfully request that this Court reset all deadlines, including the trial date, so the parties have time to undertake further negotiations.

VII.

No prior extension of the trial date or expert or discovery deadlines has been requested in this matter.

---

[2] See Document 103.

/srs

Respectfully Submitted,

*s/ Philip G. Watson*
**PHILIP G. WATSON**
Bar No. 31356
Counsel for Defendant,
**The Migues Deloach Company, LLC**
**Duplass, Zwain, Bourgeois, Pfister & Weinstock**
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: 504-832-3700
Fax: 504-837-3119
E-Mail: pwatson@duplass.com

*s/R. O'Neal Chadwick, Jr.*
**R. O'NEAL CHADWICK, JR.**
Bar No. 19517
Counsel for Defendant,
**Entergy Louisiana, LLC**
**Chadwick and Odom, LLC**
5816 Jackson Street
Alexandria, Louisiana 71303
Telephone: 318-445-9899
EMail:nchadwick@chadwicklawpartners.com

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: 21027
**JAMES H. JOHNSON**
Bar No.: 35848
Counsel for Defendant,
**J & J Maintenance, Inc.**
**HAILEY, McNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com

/srs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 13 2016**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*