RECEIVED
LAKE CHARLES, LA
DEC 13 2016
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LOUISIANA UNITED BUSINESSES ASSOCIATION CASUALTY INSURANCE COMPANY | CIVIL ACTION NO. 2:15-CV-01769 |
| VERSUS | JUDGE PATRICIA MINALDI |
| J & J MAINTENANCE, ET AL. | MAGISTRATE JUDGE KATHLEEN KAY |

**ORDER**

Before the Court is a Motion to Withdraw Motion for Summary Judgment [Doc. **103]** filed on behalf of Defendant, PRIDE INDUSTRIES ("Pride"). For the reasons stated in the foregoing motion, **IT IS ORDERED** that Pride's Motion to Withdraw its Motion for Summary Judgment **[Doc. 103]** be and is hereby **GRANTED**, and Pride's Motion for Summary Judgment [Doc. 86] be and is hereby **WITHDRAWN**.

THUS DONE AND SIGNED in Lake Charles, Louisiana, on this the 5 day of Dec ~~November~~ er, 2016.

THE HONORABLE JUDGE PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE