# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| LOUISIANA UNITED BUSINESS ASSOCIATION CASUALTY INSURANCE CO. | CIVIL ACTION NO. 15-1769 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| J&J MAINTENANCE, INC., ET AL. | MAGISTRATE JUDGE KAY |

## ORDER

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 146) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Cross-Claimant Entergy Louisiana, LLC's Motion for Partial Summary Judgment (Record Document 96) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 22nd day of December, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT